**FILED**

FEB 23 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:12-SW-0061   CKD

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>      v<br><br>DENNIS WILLIAM ESTES, and<br>KEVIN WEBBER,<br><br>            Defendants. | Case No. 2:12-MJ-0056   CKD<br><br>**UNDER SEAL**<br><br>ORDER SEALING CRIMINAL COMPLAINT,<br>SEARCH WARRANT APPLICATION, AND<br>SEARCH WARRANT<br><br>**SEALED** |

O R D E R

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint for Dennis William ESTES and Kevin WEBBER, Search Warrant, Search Warrant Application, and the Government's Request to Seal and this Court's Order in this case shall all be **SEALED** until further order of this Court.

**IT IS SO ORDERED.**

DATED: 2/23/12

_____
~~KENDALL J. NEWMAN~~
UNITED STATES MAGISTRATE JUDGE

Carolyn K. Delaney
U.S. Magistrate Judge