**FILED**

FEB 2 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | ) Case No. 2:12-mj-0056 CKD |
| Plaintiff, | ) |
| v | ) ORDER UNSEALING |
| | ) CRIMINAL COMPLAINT |
| DENNIS WILLIAM ESTES, and KEVIN WEBBER, | ) |
| Defendants. | ) |

O R D E R

Pursuant to Local Rule 141(f) and the Government's Motion to Unseal the Criminal Complaint, the Court finds good cause to unseal the Criminal Complaint in this matter.  Accordingly, **IT IS HEREBY ORDERED** that the Criminal Complaint against Dennis William ESTES and Kevin WEBBER in Case No. 2:12-mj-0056 CKD, be, and is, hereby ordered **UNSEALED**.

**IT IS SO ORDERED.**

DATED: February 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE