DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DENNIS ESTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-0095 WBS |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| DENNIS WILLIAM ESTES and KEVIN WEBBER, ) | Date:  April 23, 2012 |
| Defendants. ) | Time:  9:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

  IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Dennis Estes and Kevin Webber, through their respective attorneys, that the status conference scheduled for April 23, 2012, may be continued to May 29, 2012, at 9:30 a.m.

  Counsel for both defendants seek additional time to review the extensive audio and video discovery provided by the government and to do additional research and investigation.  To afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through May 29, 2012, pursuant to 18 U.S.C.

§ 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  April 19, 2012               /s/ T. Zindel
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorney for DENNIS ESTES

Dated:  April 19, 2012               /s/ T. Zindel for J. Karowsky
                                     JAN KAROWSKY
                                     Attorney for KEVIN WEBBER

                                     BENJAMIN B. WAGNER
                                     United States Attorney

Dated:  April 19, 2012               /s/ T. Zindel for J. Hitt
                                     JASON HITT
                                     Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 29, 2012, at 9:30 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through May 29, 2012.

IT IS SO ORDERED.

Dated: April 19, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE