DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DENNIS ESTES


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) No. 2:12-CR-0095 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| DENNIS WILLIAM ESTES and KEVIN WEBBER, | ) |
|  | ) Date:  May 29, 2012 |
| Defendants. | ) Time:  9:30 a.m. |
|  | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Dennis Estes and Kevin Webber, through their respective attorneys, that the status conference scheduled for May 29, 2012, may be continued to July 2, 2012, at 9:30 a.m.

Counsel for both defendants seek additional time to review the extensive audio and video discovery provided by the government and to do additional research and investigation.  To afford time for necessary preparation and review, the parties agree that time under the Speedy

1  Trial Act should be excluded through July 2, 2012, pursuant to 18 U.S.C.
2  § 3161(h)(7)(A) and that the ends of justice served by taking such action
3  outweigh the best interest of the public and the defendant in a speedy
4  trial.

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

Dated:  May 23, 2012          /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for DENNIS ESTES

Dated:  May 23, 2012          /s/ T. Zindel for J. Karowsky
                              JAN KAROWSKY
                              Attorney for KEVIN WEBBER

                              BENJAMIN B. WAGNER
                              United States Attorney

Dated:  May 23, 2012          /s/ T. Zindel for J. Hitt
                              JASON HITT
                              Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 2, 2012, at 9:30 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 2, 2012.

IT IS SO ORDERED.

Dated: May 24, 2012

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE