**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Dennis William Estes and Kevin Webber,<br><br>    Defendant | Case No. 2: 12-cr-0095 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>**Date:** July 2, 2012<br>**Time:** 9:30 a.m.<br>**Judge:** Hon William B. Shubb |

**IT IS HEREBY STIPULATED AND AGREED** between plaintiff, United States of America, and defendants, Dennis Estes and Kevin Webber, through their respective attorneys, that the status conference scheduled for July 2, 2012 may be continued to August 20, 2012 at 9:30 a.m..

Counsel for both defendants seek additional time to continue to review the extensive audio and video discovery provided by the government and to do additional research and investigation. To afford time for necessary preparation and review, the parties agree that time

under the Speedy Trial Act should be excluded through August 20, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED: June 26, 2012          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Jason Hitt, Esq. by
                              by Jan David Karowsky w/
                              Mr. Hitt's approval

                       by
                              Jason Hitt
                              Assistant U.S. Attorney

DATED: June 26, 2012          /s/ T. Zindel
                              Timothy Zindel
                              Assistant Federal Defender
                              Attorney for Dennis Estes
                              By Jan David Karowsky w/
                              Mr. Zindel's approval

DATED: June 26, 2012          JAN DAVID KAROWSKY
                              Attorney at Law
                              A Professional Corporation

                              /s/ Jan David Karowsky, Esq.

                       by
                              JAN DAVID KAROWSKY
                              Attorney for Defendant
                              Kevin Webber

# O R D E R

**GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the status conference is continued to August 20, 2012 at 9:30 a.m.. For the reasons recited above, the Court finds that the ends of justice to be served by a continuance

outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 20, 2012.

**IT IS SO ORDERED.**

Dated: **June 26, 2012**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 3 -