**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Dennis William Estes and Kevin Webber, <br><br> Defendant | Case No. 2: 12-CR – 0095 - WBS <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> **Date:** August 20, 2012 <br> **Time:** 9:30 a.m. <br> **Judge:** Hon William B. Shubb |

  **IT IS HEREBY STIPULATED AND AGREED** between plaintiff, United States of America, and defendants, Dennis Estes and Kevin Webber, through their respective attorneys, that the status conference scheduled for August 20, 2012 may be continued to October 1, 2012 at 9:30 a.m..

  Counsel for both defendants seek additional time to continue to review the extensive audio and video discovery provided by the government and to do additional research and

- 1 -

investigation. Additionally, all counsel are exploring various options toward resolving the case against each defendant.

To afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through October 1, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED: August 15, 2012           BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Jason Hitt, Esq. by
                                 by Jan David Karowsky w/
                                 Mr. Hitt's approval

                         by
                                 Jason Hitt
                                 Assistant U.S. Attorney


DATED: August 14, 2012           /s/ T. Zindel
                                 Timothy Zindel
                                 Assistant Federal Defender
                                 Attorney for Dennis Estes
                                 By Jan David Karowsky w/
                                 Mr. Zindel's approval

DATED: August 15, 2012           JAN DAVID KAROWSKY
                                 Attorney at Law
                                 A Professional Corporation

                                 /s/ Jan David Karowsky, Esq.

                         by
                                 JAN DAVID KAROWSKY
                                 Attorney for Defendant
                                 Kevin Webber

**O R D E R**

**GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the status conference is continued to October 1, 2012 at 9:30 a.m..  For the reasons recited above, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 1, 2012.
**IT IS SO ORDERED.**

Dated:  **August 15, 2012**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE