**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2: 12-CR – 0095 - WBS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| vs. | |
| Dennis William Estes and Kevin Webber, | **Date:** October 1, 2012 |
| Defendant | **Time:** 9:30 a.m. |
| | **Judge:** Hon William B. Shubb |

# O R D E R

**GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the status conference is continued to November 5, 2012 at 9:30 a.m.  For the reasons recited above, the Court finds that the ends of justice to be served by a continuance

- 1 -

outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time under the Speedy Trial Act through November 5, 2012.

**IT IS SO ORDERED.**

Dated:  **September 26, 2012**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE