**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>     vs.<br><br>Kevin Webber,<br><br>                Defendant | Case No. 2: 12-CR – 0095 - WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>**Date:  August 25, 2014**<br>**Time: 9:30 a.m.**<br>**Judge: Hon William B. Shubb** |

**IT IS HEREBY STIPULATED AND AGREED** between plaintiff, United States of America, and defendant Kevin Webber, through their respective attorneys, that the status conference scheduled for August 25, 2014 at 9:30 a.m. may be continued to October 27, 2014 at 9:30 a.m..

Counsel for defendant Webber has obtained a psychological evaluation of Mr. Webber, who has been diagnosed as suffering from the developmental disorder of autism, which had never been diagnosed or treated previously.  Based on the underlying facts of this case, Mr.

Webber's undiagnosed autism and its effect on his personality and actions, counsel for the government and for the defendant have agreed to Pre-Trial Diversion for Mr. Webber. Counsel for the government is now initiating the Pre-Trial Diversion process. Both sides need a bit more time to accomplish the steps necessary to finalize it.

Additionally, counsel for Mr. Webber starts a murder trial in state court on September 24, 2014 which is scheduled to last approximately three weeks, People v. Terry Shorts, 12F02050. The case has been pre-assigned to The Honorable Michael A. Savage.

In order to finalize everything necessary to accomplish Pre-Trial Diversion for Mr. Webber and to accommodate the trial schedule of his attorney, the parties agree that time under the Speedy Trial Act should be excluded through October 27, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:   August 20, 2014          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Jason Hitt, Esq. by
                                  by Jan David Karowsky w/
                                  Mr. Hitt's approval
                         by
                                  Jason Hitt
                                  Assistant U.S. Attorney

DATED:   August 20, 2014          JAN DAVID KAROWSKY
                                  Attorney at Law
                                  A Professional Corporation

                                  /s/ Jan David Karowsky, Esq.
                         by
                                  JAN DAVID KAROWSKY
                                  Attorney for Defendant
                                  Kevin Webber

**O R D E R**

1
2    **GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY**
3    **ORDERED** that the status conference is continued to October 27, 2014 at 9:30 a.m..  For the
4    reasons recited above, the Court finds that the ends of justice to be served by a continuance
5    outweigh the best interests of the public and the defendant in a speedy trial and therefore
6    excludes time under the Speedy Trial Act through October 27, 2014.
7    **IT IS SO ORDERED.**
8    **Dated:  August 20, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE